IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

```
UNITED STATES OF AMERICA        :
                                :       CRIMINAL ACTION
         v.                     :
                                :       NO. 1:07-CR-285-WSD
JIMMIE JONES                    :
```

MOTION FOR CONTINUANCE OF SENTENCING DATE
AND FOR FILING OBJECTIONS TO THE PRESENTENCE REPORT

Comes now the United States of America, by David E. Nahmias, United States Attorney, and Susan Coppedge, Assistant United States Attorney for the Northern District of Georgia, and files this Motion to Continue Sentencing as follows:

The sentencing hearing in this case is scheduled for November 20, 2007. Counsel for the government is presently in trial before United States District Judge Jack T. Camp regarding criminal case United States v. Harrison Norris, 1:05-CR-479. Trial is expected to last two and a half weeks. Co-counsel, Karima Maloney, in the Jones case is also trying the Norris case.

Counsel for the government has spoken with stand-by defense counsel Stephanie Kearns. Ms. Kearns does not object to a continuance of the sentencing date in this case. Ms. Kearns consulted with defendant Jones and he does not object to the continuance either. The Government also seeks leave to file its objections to the Presentence Report on November 30, 2007.

For the above reasons, the government respectfully requests that the sentencing hearing be continued and that its objections to the presentencing report not be required until November 30, 2007..

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

/s/SUSAN COPPEDGE
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA  30303
(404)581-6250
(404)581-6181 (Fax)

Georgia Bar No. 187251

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document via electronic mail.

    Stephanie Kearns
    Federal Defender Program
    100 Peachtree Street, NW
    The Equitable Bldg., Suite 1700
    Atlanta, GA 30303

I have served this day via U.S. mail a copy of the foregoing document on the following:

    Jimmie Jones - #57747-019
    Federal Prison Camp
    P.O. Box 150160
    601 McDonough Blvd., SE
    Atlanta, GA 30315

This 8th day of November, 2007.

    /s/ SUSAN COPPEDGE
    ASSISTANT UNITED STATES ATTORNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:07-CR-285-WSD |
| JIMMIE JONES | : | |

**<u>O R D E R</u>**

The sentencing hearing presently set for November 20, 2007 is continued until _____, 2007 at _____. The United States has until November 30, 2007 to file its objections to the Presentence Report.

SO ORDERED this \_\_\_\_\_ day of November, 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

_____
Presented by
Susan Coppedge, AUSA